

October 27, 2020

**Via CEF**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **Lynda v. Jet Blue Airways Corporation**
Docket: **20-cv-47 (BMC)**

Dear Judge Cogan:

    As you may recall, this firm is counsel to Mr. Shaun Lynda, the Plaintiff in the above captioned matter. Your Honor issued an Order on October 13, 2020 giving Mr. Lynda two (2) choices in terms of his Motion to Voluntary Dismiss without prejudice. Mr. Lynda, after given due consideration to the options outlined by Your Honor has informed the undersigned that neither of these options are acceptable to him.

    Mr. Lynda thanks the Court for its time and consideration to this matter.

Sincerely,

Roger V. Archibald

RVA:as

Roger Victor Archibald, PLLC • Attorneys & Counsellors at Law • 26 Court Street, Suite 711 • Brooklyn, New York 11242
Tel No.: (718) 237-1111 • Facsimile (718) 237-1425 • www.Brooklynatty.com • rva@brooklynatty.com