

November 2, 2020

**<u>Via CEF</u>**
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

<b><u>Re: Lynda v. Jet Blue Airways Corporation</u></b><br><b>Docket: 20-cv-47 (BMC)</b>

Dear Judge Cogan:

As you may recall, this firm is counsel to Mr. Shaun Lynda, the Plaintiff in the above captioned action.

Attached please find my client's Affidavit responding to Your Honor's Order of October 27th, 2020. Mr. Lynda submission indicates that he only received documentation as to his true net income for calendar year 2019 on October 29, 2020. As such, I respectfully ask this Court to forgo the imposition of any sanction against Mr. Lynda in light of the forgoing.

Sincerely,

Roger V. Archibald

RVA:as

---

Roger Victor Archibald, PLLC • Attorneys & Counsellors at Law • 26 Court Street, Suite 711 • Brooklyn, New York 11242
Tel No.: (718) 237-1111 • Facsimile (718) 237-1425 • www.Brooklynatty.com • rva@brooklynatty.com